

**A CERTIFIED TRUE COPY**

SEP 1 4 2006

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# 06 - 22827

*DOCKET NO. 1334*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 0 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MANAGED CARE LITIGATION   CIV-MORENO

*Wayne Surgical Center, LLC v. Global Claim Services*, D. New Jersey, C.A. No. 2:06-1404

### BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

*TRANSFER ORDER*

MAGISTRATE JUDGE
SIMONTON

Presently before the Panel is a motion, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in this action to vacate the Panel's order conditionally transferring the action to the Southern District of Florida for inclusion in the Section 1407 proceedings occurring there in this docket. Defendant Global Claim Services, a subsidiary of Aetna Health Management, LLC, favors inclusion of this action in MDL-1334 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with actions in this litigation previously centralized in the Southern District of Florida, and that transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its previous orders directing centralization in this docket. In those orders, the Panel held that the Southern District of Florida was a proper Section 1407 forum for actions concerning the managed care defendants' alleged liability for their cost-containment policies. *See In re Managed Care Litigation*, MDL-1334, 2000 U.S.Dist. LEXIS 15927 (J.P.M.L. Oct. 23, 2000); *In re Humana, Inc., Managed Care Litigation*, MDL-1334, 2000 U.S. Dist. LEXIS 5099 (J.P.M.L. Apr. 13, 2000).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of Florida and, with the consent of that court, assigned to the Honorable Federico A. Moreno for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 9/27/06

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

REc'd by _____ D.C.
DKTG

SEP 2 9 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ARBITRATION, CLOSED

**U.S. District Court**
**District of New Jersey [LIVE] (Newark)**
**CIVIL DOCKET FOR CASE #: 2:06-cv-01404-JLL-CCC**
**Internal Use Only**

**22827**

WAYNE SURGICAL CENTER, LLC v. GLOBAL CLAIM
SERVICES
Assigned to: Judge Jose L. Linares
Referred to: Magistrate Judge Claire C. Cecchi
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 03/24/2006
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

MAGISTRATE JUDGE **CIV-MORENO**
SIMONTON

**Plaintiff**

**WAYNE SURGICAL CENTER,**
**LLC**
*individually and on behalf of all others*
*similarly situated*

represented by **BRUCE HELLER NAGEL**
NAGEL RICE & MAZIE, LLP
103 ESENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-0400
Email: bnagel@nrmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT H. SOLOMON**
NAGEL, RICE & MAZIE, LLP
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-0400
Email: rsolomon@nrmlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GLOBAL CLAIM SERVICES**

represented by **MICHAEL XAVIER MCBRIDE**
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068-1765
(973) 535-0500
Email: mmcbride@connellfoley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PATRICIA A. LEE**
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068
973-535-0500

Email: Plee@connellfoley.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2006 | ❶1 | NOTICE OF REMOVAL by GLOBAL CLAIM SERVICES from SUPERIOR COURT OF ESSEX, case number ESX-L-1483-06. ( Filing fee $ 250 receipt number 337735) (Attachments: # 1 NOTICE TO STATE COURT)(lm2, ) (Entered: 03/28/2006) |
| 03/24/2006 | ❶ | CASE REFERRED to Arbitration. (lm2, ) (Entered: 03/28/2006) |
| 03/28/2006 | ❶2 | Application and Clerk's Order to extend time to answer as to deft., GLOBAL CLAIM SERV. until 4/17/06. (DD, ) (Entered: 03/28/2006) |
| 04/04/2006 | ❶3 | NOTICE of Appearance by ROBERT H. SOLOMON on behalf of WAYNE SURGICAL CENTER, LLC (SOLOMON, ROBERT) (Entered: 04/04/2006) |
| 04/12/2006 | ❶4 | Letter from Liza M. Walsh, Esq. Requesting Extension of Time to file Responsive Pleading. (LEE, PATRICIA) (Entered: 04/12/2006) |
| 04/13/2006 | ❶5 | ORDER extending time for deft., GLOBAL CLAIM SERV. to answer for 20 days after a decision on any motion to remand fld. by the pltf., if no motion to remand is fld. by the pltf., to 20 days after the pltf's deadline for filing a motion to remand, which is 5/15/06.. Signed by Judge Ronald J. Hedges on 4/13/06. (DD, ) (Entered: 04/17/2006) |
| 05/11/2006 | ❶6 | MOTION to Stay *and to Extend Time to Answer* by GLOBAL CLAIM SERVICES. (Attachments: # 1 Brief in Support of Motion# 2 Certification of Patricia A. Lee, Esq. with Exhibits A-C# 3 Text of Proposed Order # 4 Certificate of Service)(LEE, PATRICIA) (Entered: 05/11/2006) |
| 05/15/2006 | ❶ | Case Reassigned to Judge Claire C. Cecchi. Judge Ronald J. Hedges no longer assigned to the case. (nc, ) (Entered: 05/30/2006) |
| 05/19/2006 | ❶7 | Rule 7.1 Letter for extension of return date re 6 MOTION to Stay *and to Extend Time to Answer* filed by WAYNE SURGICAL CENTER, LLC. (Attachments: # 1 Certificate of Service regarding May 19 2006 letter) (SOLOMON, ROBERT) (Entered: 05/19/2006) |
| 06/12/2006 | ❶8 | BRIEF in Opposition re 6 MOTION to Stay *and to Extend Time to Answer* filed by WAYNE SURGICAL CENTER, LLC. (Attachments: # 1 Certification of Robert Solomon in Opposition to Motion to Stay# 2 Certificate of Service Regarding Plaintiff's Opposition to Defendant's Motion to Stay)(SOLOMON, ROBERT) (Entered: 06/12/2006) |
| 06/19/2006 | ❶9 | REPLY to Response to Motion re 6 MOTION to Stay *and to Extend Time to Answer* filed by GLOBAL CLAIM SERVICES. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service)(LEE, PATRICIA) (Entered: 06/19/2006) |

| 10/03/2006 | ◖10 | Certified copy of MDL Order transferring case to SO. DIST. OF FLORIDA (DD, ) (Entered: 10/03/2006) |
| 10/03/2006 | ◖ | ***Civil Case Terminated. (DD, ) (Entered: 10/03/2006) |

.

.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
50 Walnut Street
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
1 John F. Gerry Plaza
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: <u>NEWARK</u>

10/3/06

STEVEN C. KALOGERAKIS , CLERK,
USDC FOR THE SO. DIST. OF FL.
301 N. MIAMI AVE.
MIAMI, FL 33L28

**Re:     WAYNE SURGICAL CENTER v. GLOBAL CLAIM SERVICES**
**Civil Docket No.  06-1404   (JLL)**

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed copy of the  MDL Order ..   Also enclosed is a  Certified Copy of the Docket Sheet ..   Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:   Donna De Angelis
Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _Steun Kologenakc_ DATE: _11/17/06_.

YOUR CIVIL DOCKET NUMBER: _____ 22827 [CIV-MORENO_

MAGISTRATE JUDGE
SIMONTON