UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-22827-CIV-MORENO

WAYNE SURGICAL CENTER, LLP,
individually and on behalf of all others similarly
situated,

    Plaintiff,

vs.

GLOBAL CLAIM SERVICES,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Plaintiff Wayne Surgical Center's Voluntary Dismissal Without Prejudice **(D.E. No. 5256 in 00-1334-MD)** filed on **December 15, 2006**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of December, 2006.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record